EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

TRACY A. HINO       #3202
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 21 2005

at ____ o'clock and ____ min. ____M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR05-00306 HG |
| Plaintiff, | INDICTMENT |
| vs. | [8 U.S.C. § 1326(a)] |
| LUIS ALBERTO CARDENAS-CHUPULA, aka LUIS ALBERTO CARDENAS, FRANCISCO LOPEZ, FRANCISCO LOPEZ-TARZO, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges that:

On or about July 8, 2005, within the District of Hawaii, LUIS ALBERTO CARDENAS-CHUPULA, aka LUIS ALBERTO CARDENAS, FRANCISCO LOPEZ, FRANCISCO LOPEZ-TARZO, an alien who was excluded, deported, and removed from the United States, was

thereafter found in the United States, having knowingly and unlawfully entered the United States without first having obtained the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557) for re-application by the Defendant for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

DATED: _____JUL 21_____, 2005 at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Luis Alberto Cardenas-Chupula, aka
Luis Alberto Cardenas, Francisco Lopez, Francisco Lopez-Tarzo
Cr. No. _____
"Indictment"