# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 2, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00306HG |
| CASE NAME: | U.S.A. vs. LUIS ALBERTO CARDENAS-CHUPULA, aka Luis Alberto Cardenas, Francisco Lopez, Francisco Lopez-Tarzo |
| ATTYS FOR PLA: | Tracy A. Hino |
| ATTYS FOR DEFT: | Alexander M. Silvert |
| INTERPRETER: | Miguel Saibene |
| U.S.P.O.: | Neil W. Tsukayama |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 2, 2006 | TIME: | 3:45 - 4:00 |

COURT ACTION: SENTENCING TO COUNT 1 OF THE INDICTMENT -

The defendant is present in custody.
Allocution by the defendant.

ADJUDGED: impr of 12 mos and 1 day.

SUPERVISED RELEASE: 3 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

Special assessment: $100.
Advised of rights to appeal the sentence.

Submitted by: David H. Hisashima, Courtroom Manager